UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

GUILLERMO ESTRELLA,

    Plaintiff,

    v.

NORTHCENTRAL UNIVERSITY, INC.,

    Defendant.
_____/

## COMPLAINT FOR STATUTORY DAMAGES AND INJUNCTIVE RELIEF AND JURY DEMAND

1.      Plaintiff alleges violations of 47 U.S.C § 227 *et seq.*, the Telephone Consumer Protection Act ("TCPA"), against Northcentral University, Inc. ("Northcentral University" or "NCU"), placed calls using an automatic telephone dialing system to the Plaintiff's cellular telephone.

2.      Despite these requirements, Defendant, or some person authorized to do so on its behalf, has routinely and systematically placed calls to Plaintiff's cellular telephone, without prior express consent and through the use of an automatic telephone dialing system.

3.      The TCPA provides a private cause of action for violation of its provisions and violations of the rules promulgated under the Act. Defendant is therefore liable to Plaintiff under the TCPA. Plaintiff seeks an injunction, requiring Defendant to cease all calls to cellular telephones placed through the use of an automatic telephone dialing system and without the prior express consent of the consumer, an award of statutory damages to Plaintiff, together with costs and reasonable attorneys' fees.

1

## JURISDICTION AND VENUE

4. This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. § 1331 as this is a civil action arising under the Constitution, laws, or treaties of the United States. *See Mims v. Arrow Financial Services, LLC*, 132 S. Ct. 740 (2012). Venue in this District is proper because Plaintiff resides here and Defendant conducts business in this District.

## PARTIES

5. Plaintiff, Guillermo Estrella ("Plaintiff" or "Estrella"), is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

6. Defendant Northcentral University is an online university and is a "person" as the term is defined by 47 U.S.C. Sec. 153(39).

## FACTS

7. In or about July 2015, Plaintiff began receiving unsolicited telephone calls on his cellular telephone from number 480-253-3579.

8. Defendant's calls to Plaintiff were made using an automatic telephone dialing system or an artificial or pre-recorded voice.

9. Plaintiff never provided his telephone number to NCU and never provided his consent to be called by NCU.

10. When Plaintiff answers calls from NCU, he is met with silence followed by a clicking noise before being connected to a live agent.

11. During a call with NCU, Plaintiff instructed NCU to stop calling him because he was not interested in its services.

12. Plaintiff continued to receive calls from Defendant after he had notified Defendant that he did not consent to receive telephone calls to his cellular telephone.

13. Defendant made the aforementioned telephone calls knowing that they were using an automatic telephone dialing system or an artificial or prerecorded voice to call a cellular telephone, and further knew that such calls violated the TCPA, and consequently, these violations were willful and knowing.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT

14. Plaintiff incorporates all previous Paragraphs.

15. Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii) of the Telephone Consumer Protection Act by making telephone calls to Plaintiff's cellular telephone, which were initiated by an automatic telephone dialing system or made using an artificial or prerecorded voice, and not legally permissible under any provision to the aforementioned statute.

WHEREFORE, Plaintiff requests that the Court enter judgment in his favor and against Defendant Northcentral University, for:

(a) Statutory damages at $500 dollars per call;

(b) Willful damages at $1,500 dollars per call;

(c) An injunction requiring Defendant to cease all communications in violation of the TCPA; and

(d) Such further relief as this Court may deem appropriate.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated: August 3, 2015                           Respectfully submitted,

*/s/ Seth M. Lehrman*
Seth M. Lehrman (Fla. Bar No. 132896)
Email: seth@pathtojustice.com
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.

               425 North Andrews Avenue, Suite 2
               Fort Lauderdale, FL 33301
               Telephone: (954) 524-2820
               Facsimile: (954) 524-2822

               Attorney for Plaintiff